UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

RANDY OFFIELD  ,                        )
                                        )        CASE NO. C04-3076 MWB
                    Plaintiff,          )
                                        )
            vs.                         )              *JUDGMENT*
                                        )           *IN A CIVIL CASE*
JO ANNE B. BARNHART,                    )
COMMISSIONER OF SOCIAL                  )
SECURITY                                )
                    Defendant.          )

        This matter came before the Court.  The issues have been decided and a decision

has been rendered.

        IT IS ORDERED AND ADJUDGED

        This cause is reversed and remanded to the Commissioner for further development

of the record consistent with this opinion.  The Commissioner shall, thereafter, issue a new

decision consistent with the opinion of this court.


        DATED:      April 24, 2006


                                        Pridgen J. Watkins - Clerk


                                        S/src
                                        BY: Deputy Clerk